# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133682(64)


STATE NEWS,
        Plaintiff-Appellee,

                               SC: 133682
v                              COA: 271433
                               Ingham CC: 06-000674-CZ
MICHIGAN STATE UNIVERSITY,
        Defendant-Appellant.
_____

       On order of the Chief Justice, the motion by plaintiff-appellee for extension to January 18, 2008 of the time for filing its brief on appeal is considered and it is GRANTED.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2008                                      _____
                                                 Clerk